UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VILES DELICES,
    Plaintiff,

vs.                                      Case No.:  3:24cv284/LC/ZCB

PRESTON TUCKER,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 21, 2026.  (Doc. 47).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and the objections filed by Plaintiff, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 47) is adopted and incorporated by reference in this order.

2.    Plaintiff's motion for summary judgment, (Doc. 32), is **DENIED**.

3.     This case is recommitted to the magistrate judge for further proceedings.

**ORDERED** on this 12th day of March, 2026.

<u>s/ *L.A. Collier*</u><br>
Lacey A. Collier<br>
Senior United States District Judge