UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VILES DELICES,
    Plaintiff,

vs.                                            Case No.: 3:24cv284/LC/ZCB

PRESTON TUCKER,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 21, 2026. (Doc. 48). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and the objections filed by Plaintiff, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 48) is adopted and incorporated by reference in this order.

2. Defendant's motion for partial summary judgment (Doc. 43) is **GRANTED in part** to the extent that Plaintiff's breach of fiduciary duty claim be dismissed and his claim for compensatory damages resulting from mental or emotional harm be dismissed.

3. Defendant's motion for partial summary judgment (Doc. 43) is **DENIED in part** to the extent that it seeks dismissal of the punitive damages claim and a limitation of the amount of nominal damages Plaintiff could receive at trial.

4. This case is recommitted to the magistrate judge for further proceedings.

**ORDERED** on this 12th day of March, 2026.

                                                     s/*L.A. Collier*
                                                     Lacey A. Collier
                                     Senior United States District Judge